FILED

2015 JAN 24 AM 5: 18

FEL___ FITS
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/13/2015 12:30:05 PM
LISA MATZ
Clerk

THE STATE OF TEXAS

VS.

ARTURO SILVA

CAUSE NO. ___F-1330899_____

265TH_____DISTRICT COURT _IN AND FOR_

DALLAS COUNTY, TEXAS

## DEFENDANT'S MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the Defendant in the above cause and by his Attorney, and moves the Court to grant him a New Trial herein for the good and sufficient reason that the verdict is contrary to the law and the evidence.

Wherfore, Defendant prays the Court grant a new trial herein.

Respectfully submitted,

_____
Attorney for Defendant

## ORDER

The above Motion is hereby (granted) (overruled).

_____
Judge